**FILED**

OCT 18 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11cr5780-WQH |
| Plaintiff, ) | |
| ) | ORDER AND JUDGMENT TO DISMISS |
| v. ) | THE INDICTMENT |
| ) | |
| RAMIRO MARTINEZ-MELGOZA, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 11CR5780-WQH against defendant RAMIRO MARTINEZ-MELGOZA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10/18/12.

_____
THE HONORABLE WILLIAM Q. HAYES
United States District Judge